# Court of Appeals
# of the State of Georgia

ATLANTA,  August 30, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0043.  MICHAEL ANDREW GUNNIN v. BRANDI BYRD.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

Respondent Brandi Byrd's request for a frivolous appeal penalty is DENIED. See Court of Appeals Rule 41 (b); *Ridley v. Turner*, 335 Ga. App. 108, 113 (6) (778 SE2d 844) (2015).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/30/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*